## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  v.  **BRIAN HOWELL** | **CRIMINAL NO. 19-267** |

### ORDER

**AND NOW,** this 7th day of June 2022, upon consideration of Defendant's Emergency Motion for Compassionate Release [Doc. No. 58] and the related filings, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's motion is **DENIED without prejudice** pursuant to Federal Rule of Criminal Procedure 37(a)(2).

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**